Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of EAST FISHKILL HOME & LAND COMPANY, LLC, et al., Appellants, v TOWN OF EAST FISHKILL et al., Respondents.

Submitted March 16, 2009; decided April 7, 2009

Motion by Dutchess County for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

GLACIAL AGGREGATES LLC, Appellant, v TOWN OF YORKSHIRE, Respondent.

Submitted February 23, 2009; decided April 7, 2009

Motion for leave to appeal denied as unnecessary.

GLACIAL AGGREGATES LLC, Appellant, v TOWN OF YORKSHIRE, Respondent.

Submitted March 30, 2009; decided April 7, 2009

Motion by New York Construction Materials Association, Inc. for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein granted, three copies of the brief to be served and an original and 24 copies filed within 30 days.

SIMPSON GRAY, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted February 23, 2009; decided April 7, 2009